IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY KAY ENGDAHL,

          Plaintiff,

vs.

MENARD, INC.,

          Defendant.

8:24CV115

**ORDER**

    This matter comes before the court on Defendant's Motion for Leave to file Amended Index of Evidence in opposition to Plaintiff's Motion for Summary Judgment and Amended Exhibit and for leave to file a reply brief. (Filing No. 83). For the foregoing reasons, the motion is granted in part and denied in part.

    There are cross motions for summary judgment in this case. Plaintiff filed her Motion for Partial Summary Judgment, with a supporting brief and index of evidence on June 19, 2025. (Filing No. 49, 50, 51). Defendant filed a responsive brief with an index of evidence on August 7, 2025. (Filing No. 77, 78).  Plaintiff filed her reply brief on August 21, 2025. (Filing No. 82).

    At the same time, Defendant filed its Motion for Summary Judgment, with a supporting brief and index of evidence on June 19, 2025. (Filing No. 53, 55, 56). Plaintiff filed a responsive brief on July 10, 2025. (Filing No. 65). Defendant filed its reply brief on July 24, 2025. (Filing No. 71). The court then granted Plaintiff leave to file a surreply brief

to address new arguments raised in Defendant's reply brief, which was filed on August 21, 2025. (Filing No. 81).

Now before the court are several requests by Defendant to correct issues in its briefing. First, Defendant states that it inadvertently left out "Exhibit A" in its Index of Evidence (Filing No. 78), which was not discovered until Plaintiff raised the issue in her reply brief. Defendant seeks leave to file an amended index of evidence in support of its responsive brief. Finding good cause and no undue hardship or prejudice to Plaintiff, this request is granted. Defendant shall file its amended index of evidence no later than 5:00 p.m. on September 12, 2025. Plaintiff shall have seven (7) days, or no later than September 19, 2025 to amend its reply brief (Filing No. 82) to the extent necessary to address any issues affected by the amended index.

Next, Defendant seeks leave to submit a replacement brief in support of its Motion for Summary Judgment (substituting Filing No. 55), because Defendant makes a reference to "spilled milk" and did not include a certificate of compliance. The court finds that this request lacks good cause and should be denied. Any purportedly inadvertent reference to "spilled milk" does not require the submission of a new brief. Additionally, while the local rules require parties to file a certificate of compliance regarding word limits and generative artificial intelligence, the rule also directs attorneys not to file a motion to strike based on alleged noncompliance with that rule. See NECivR 7.1(d). The court will decide how to address the noncompliance in due course, however, the court further notes that Defendant included such certification in the present motion (Filing No. 83), which is sufficient at this juncture. Accordingly, Defendant's request for leave to submit a replacement brief is denied.

Finally, Defendant seeks leave to file a brief in reply to Plaintiff's surreply brief, (Filing No. 81), to address additional arguments identified therein. Again, finding no good cause supports that request, the motion is denied. The matters are now fully submitted for consideration, absent any amendments authorized herein. The court will consider the weight of new arguments raised in due course and address whether those arguments should

be considered or disregarded. Defendant's request for leave to file further reply brief is denied.

Accordingly,

IT IS ORDERED:

1. Defendant's Motion for Leave to file Amended Index of Evidence in opposition to Plaintiff's Motion for Summary Judgment and Amended Exhibit and for leave to file a reply brief, ([Filing No. 83](#)), is granted in part and denied in part.
2. Defendant shall file its amended index of evidence, amending [Filing No. 78](#), no later than 5:00 p.m. on September 12, 2025. Plaintiff shall have seven (7) days, or no later than September 19, 2025 to amend its reply brief ([Filing No. 82](#)) to the extent necessary to address any issues affected by the amended index.
3. The remainder of Defendant's motion is denied.

Dated this 10th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge